UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 03-135 |
| RAHSAAN JOHNSON | SEC. "A" |

## ORDER AND REASONS

Before the Court is the Defendant's **MOTION to Reduce Sentence Under 18:3582(c)(1)(B) and Section 404 of the First Step Act 2018 (Rec. Doc. 710)** filed by Rahsaan Johnson. The motion was remanded back to this Court by the Supreme Court of the United States and the Fifth Circuit Court of Appeals in light of the recent Supreme Court precedent of *Concepcion v. United States*, 142 S. Ct. 2389 (2022). The Defendant's motion is DENIED for the following reasons.

The Defendant's motion was originally filed in 2021. The Court denied the motion at the time, but the Supreme Court of the United States' recent holding in *Concepcion* requires the Court to review the Defendant's motion yet again. *Concepcion* requires the Court to consider intervening changes of law or fact when deciding whether, and to what extent, to modify a sentence under the First Step Act. The Court is now tasked with determining, after considering the totality of the circumstances, including all the new information since his original sentencing, whether any reduced sentence would be sufficient but not greater than necessary to satisfy §3553(a). *Id*.

The Defendant raises two new factual developments in the 15 years since he was sentenced: his exceptional prison record and new scientific research and United States Sentencing Commission data on the lack of recidivism. The Defendant concedes that there has

1

not been a change in the law to reduce the appropriate sentencing guidelines in his case. The Court takes note of the Defendant's success improving himself through the prison educational system. However, while considering the new information cited by the Defendant and the reasons previously given at the time of sentencing and at the time of the Defendant's previous motion, the Court DENIES the Defendant's motion.

**ACCORDINGLY**;

**IT IS ORDERED** that the Defendant's **MOTION to Reduce Sentence Under 18:3582(c)(1)(B) and Section 404 of the First Step Act 2018 (Rec. Doc. 710)** is **DENIED**.

New Orleans, Louisiana, August 29, 2023.

.

Judge Jay C. Zainey
United States District Judge